# Exhibit D

**From:** Matthew Dardenne <matthew.dardenne@hcltech.com>
**Sent:** Monday, March 9, 2026 2:40 PM
**To:** Angeli Murthy <AMurthy@forthepeople.com>
**Cc:** Michelle Bassett <mbassett@forthepeople.com>; Yariz Parrales <yparrales@forthepeople.com>
**Subject:** RE: Personnel records request - Ramon Orozco Jr

Classification: **Confidential**

Angeli,

As a matter of course, we do not agree to tolling.

Matt Dardenne (he/him)
Sr. Counsel, Employment Law

**HCLTech**
Supercharging Progress™

1

[hcltech.com](hcltech.com)

Mob: **+1 559-260-4133**



---

**From:** Angeli Murthy <AMurthy@forthepeople.com>
**Sent:** Monday, March 9, 2026 1:35 PM
**To:** Matthew Dardenne <matthew.dardenne@hcltech.com>
**Cc:** Michelle Bassett <mbassett@forthepeople.com>; Yariz Parrales <yparrales@forthepeople.com>
**Subject:** RE: Personnel records request - Ramon Orozco Jr

[CAUTION: This Email is from outside the Organization. Unless you trust the sender, Don't click links or open attachments as it may be a Phishing email, which can steal your Information and compromise your Computer.]

Thank you. Can we agree on tolling? Or will we need to file to protect the SOL?

## Angeli Murthy
**Board Certified Labor & Employment Attorney**
My Bio

**T:** (954) 327-5369
**F:** (954) 327-3016

8151 Peters Rd, 4th Floor,
Fort Lauderdale, FL 33324
Licensed in Florida and Pennsylvania



$30B+ Recovered • 1,000+ Attorneys • 140+ Offices

A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.

---

**From:** Matthew Dardenne <matthew.dardenne@hcltech.com>
**Sent:** Friday, March 6, 2026 6:16 PM
**To:** Angeli Murthy <AMurthy@forthepeople.com>
**Subject:** FW: Personnel records request - Ramon Orozco Jr

Classification:**Confidential**

Please find attached the records we have found pertaining to your client.

Matt Dardenne (he/him)
Sr. Counsel, Employment Law

**HCLTech**
Supercharging Progress™
hcltech.com

Mob:**+1 559-260-4133**



---

**From:** Ritu Garg <ritu.garg@hcltech.com>
**Sent:** Friday, March 6, 2026 12:24 PM
**To:** Matthew Dardenne <matthew.dardenne@hcltech.com>
**Subject:** Re: Personnel records request - Ramon Orozco Jr

Attached are the records we found.

Best Regards,
Ritu Garg
Executive Paralegal

**HCLTech**
Supercharging Progress™
hcltech.com

Mob: 408-690-1503

---

**From:** Matthew Dardenne <matthew.dardenne@hcltech.com>
**Sent:** Friday, March 6, 2026 10:16
**To:** Ritu Garg <ritu.garg@hcltech.com>
**Subject:** Fw: Personnel records request - Ramon Orozco Jr

Did we ever find records on this guy?

---

**From:** Angeli Murthy <AMurthy@forthepeople.com>
**Sent:** Friday, March 6, 2026 12:14 PM
**To:** Matthew Dardenne <matthew.dardenne@hcltech.com>
**Cc:** Ritu Garg <ritu.garg@hcltech.com>; Yariz Parrales <yparrales@forthepeople.com>; Michelle Bassett <mbassett@forthepeople.com>
**Subject:** RE: Personnel records request - Ramon Orozco Jr

[CAUTION: This Email is from outside the Organization. Unless you trust the sender, Don't click links or open attachments as it may be a Phishing email, which can steal your Information and compromise your Computer.]

Hi Matthew,

3

I appreciate that your client may need time, but if we are to refrain from moving forward, we will need to agree to the attached tolling agreement. Please let us know by Monday. Thanks very much.

**Angeli Murthy**
**Board Certified Labor & Employment Attorney**
My Bio

**T:** (954) 327-5369
**F:** (954) 327-3016

8151 Peters Rd, 4th Floor,
Fort Lauderdale, FL 33324
Licensed in Florida and Pennsylvania



$30B+ Recovered • 1,000+ Attorneys • 140+ Offices

A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.

**From:** Matthew Dardenne <matthew.dardenne@hcltech.com>
**Sent:** Friday, February 27, 2026 10:07 PM
**To:** Angeli Murthy <AMurthy@forthepeople.com>
**Cc:** Ritu Garg <ritu.garg@hcltech.com>
**Subject:** Re: Personnel records request - Ramon Orozco Jr

You don't often get email from matthew.dardenne@hcltech.com. Learn why this is important
Thank you. Out records are kept digitally in India. And those with access often have a hard time locating items just based on name alone. We will forward this to them. Please allow us another week to see if we can find the appropriate documents.

Matt Dardenne

**From:** Angeli Murthy <AMurthy@forthepeople.com>
**Sent:** Friday, February 27, 2026 6:00 PM
**To:** Matthew Dardenne <matthew.dardenne@hcltech.com>
**Cc:** Ritu Garg <ritu.garg@hcltech.com>; Yariz Parrales <yparrales@forthepeople.com>; Michelle Bassett <mbassett@forthepeople.com>
**Subject:** Re: Personnel records request - Ramon Orozco Jr

[CAUTION: This Email is from outside the Organization. Unless you trust the sender, Don't click links or open attachments as it may be a Phishing email, which can steal your Information and compromise your Computer.]
Does the attached help?

4

**Angeli Murthy**
**Board Certified Labor & Employment Attorney**
My Bio

**T:** (954) 327-5369
**F:** (954) 327-3016

8151 Peters Rd, 4th Floor,
Fort Lauderdale, FL 33324
Licensed in Florida and Pennsylvania



$30B+ Recovered • 1,000+ Attorneys • 140+ Offices

A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.

---

**From:** Matthew Dardenne <matthew.dardenne@hcltech.com>
**Sent:** Friday, 27 February 2026 17:10:42
**To:** Angeli Murthy <AMurthy@forthepeople.com>
**Cc:** Ritu Garg <ritu.garg@hcltech.com>
**Subject:** Fw: Personnel records request - Ramon Orozco Jr

You don't often get email from matthew.dardenne@hcltech.com.Learn why this is important

**CAUTION:** Use caution when clicking on links or opening attachments in this external email.

Ms. Murthy,

We do not have a record of this person being an HCL employee. It is possible he was a third party contractor, but we could not find a record of that either. Given your office location, he may have been a Google employee who was paired with HCL employees.

Please let me know if you have any other information that will help identify this individual such as an employee number or alternative name.

Thank you.

**Matt Dardenne**
**Sr Managing Counsel**
**HCLTech**
Supercharging Progress™
hcltech.com

Mob: 408-690-1503



::DISCLAIMER::

The contents of this e-mail and any attachment(s) are confidential and intended for the named recipient(s) only. E-mail transmission is not guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or may contain viruses in transmission. The e mail and its contents (with or without referred errors) shall therefore not attach any liability on the originator or HCL or its affiliates. Views or opinions, if any, presented in this email are solely those of the author and may not necessarily reflect the views or opinions of HCL or its affiliates. Any form of reproduction, dissemination, copying, disclosure, modification, distribution and / or publication of this message without the prior written consent of authorized representative of HCL is strictly prohibited. If you have received this email in error please delete it and notify the sender immediately. Before opening any email and/or attachments, please check them for viruses and other defects.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

6